FILED

SEP 2 5 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

D'Rayfield Kary-Khame Shipman,

    Plaintiff,

v.

    Civil Action No. 18-1960 (UNA)

United States Government,

    Defendant.

## MEMORANDUM OPINION

The Court has reviewed the plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The plaintiff asks that this Court review the claims filed by African-American veterans and by other minorities to ensure that their "claims currently before the Veteran[]s Administration have not been grossly discriminated against" given the "atmosphere of racial

divide and disharmony" for which the plaintiff holds the current President responsible. Compl. at 1. The plaintiff neither indicates whether he has a claim now pending before the Veterans Administration, nor otherwise shows that he is entitled to relief. The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint and this civil action without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 8/12/17

CHRISTOPHER R. COOPER
United States District Judge